# EXHIBIT 2





**March 25, 2016**

News & Features   Media   Film & TV   Music   Books & Fiction   Food   Cityscape   Photography & Art

### How the U.S. Should Really View Cuba
by Jesse L. Jackson, Sr.

**Most Popular**

#### China's Economic Slowdown and the Art Market
by Elizabeth Dilts

Wealthy Chinese art collectors had driven art sales skyward in recent years for Chinese and Western art, such as the Modigliani nude that was bought by an anonymous Chinese buyer last year for $170.4 million, the second highest price ever paid at auction. But at New York's Asia Week, 10 days of auctions and gallery tours held in mid-March that are considered a barometer for the Asian art market, Sotheby's reported that aggregate sales slumped to the lowest since 2013.
Read more...



#### China's Economic Slowdown and the Art Market
By Elizabeth Dilts

Wealthy Chinese art collectors had driven art sales skyward in recent years for Chinese and Western art, such as the Modigliani nude that was bought by an anonymous Chinese buyer last year for $170.4 million, the second highest price ever paid at auction. But at New York's Asia Week, 10 days of auctions and gallery tours held in mid-March that are considered a barometer for the Asian art market, Sotheby's reported that aggregate sales slumped to the lowest since 2013.

#### How the U.S. Should Really View Cuba
by Jesse L. Jackson, Sr.

First, in many ways, the president's initiative to normalize relations with Cuba isn't so much ending their isolation as ending ours. Cuba has enjoyed good and growing relations with our neighbors across the hemisphere for years. In recent years, those countries have threatened to exclude the U.S. from hemispheric meetings if we continued to demand Cuba's exclusion. We have sought to isolate Cuba for over 50 years; we ended up isolating ourselves.
Read more...



#### How the U.S. Should Really View Cuba
By Jesse L. Jackson, Sr.

First, in many ways, the president's initiative to normalize relations with Cuba isn't so much ending their isolation as ending ours. Cuba has enjoyed good and growing relations with our neighbors across the hemisphere for years. In recent years, those countries have threatened to exclude the U.S. from hemispheric meetings if we continued to demand Cuba's exclusion. We have sought to isolate Cuba for over 50 years; we ended up isolating ourselves.



#### Can Donald Trump Get the African-American Vote?
By Earl Ofari Hutchinson

Even more than Romney, Trump's violence driven, race-baiting crusade that nakedly appeals to largely white lower-income, less educated, rural and strongly male crowds drive the point home that blacks are not even an after-thought in his drive to snare the White House. But there's more to the picture about Trump and black voters as the punches that the black assailant delivered to the Trump protester showed.



#### The Significance of President Obama's Historic Visit to Cuba
By Daniel Trotta and Matt Spetalnick

President Barack Obama embarked on Sunday on a historic trip to Cuba where a Communist government that vilified the United States for decades prepared a red-carpet welcome. Lifting off from Andrews Air Force Base outside Washington, Obama headed for Havana where the

Highbrow Magazine



sight of Air Force One, America's iconic presidential jet, touching down on Cuban soil would have been unimaginable not long ago.



### The Makings of a TV Show: How 'Server Life' Happened
*By Christopher Karr*

Our endless conversations about these characters led us to creating a gallery around Christmas of 2013. We drew stick figures on pages from a sketch pad, wrote basic descriptors, and posted them on the wall above our TV. For months our living room looked like an eight-year-old was trying to solve a crime scene. We'd look at the stick figures and consider how they might interact with each other. We would come home from work every night, regroup, and share stories from the insane shifts we managed to make it through.



### Italy's Historic Cities Urge Restaurants to Push Local Produce
*By Isla Binnie*

Fried cow's brains might not be to everyone's taste, but more people may sample the Florentine specialty now that Italy's art capital has ordered food outlets in the city center to sell mostly local produce. Florence is the latest Italian tourist destination to adopt the mantra "you are what you eat," and is requiring shops and restaurants to make sure that 70 percent of their food comes from the surrounding region.



### Liberal Groups Band Together to Stop Donald Trump
*By Jonathan Allen*

U.S. liberal groups, divided in their support of Democratic presidential candidates Hillary Clinton and Bernie Sanders, have urged a united, active opposition to Donald Trump, the Republican front-runner. In an open letter released on Tuesday, a group of liberal organizations called for a "nonviolent movement" to thwart Trump's candidacy for November's general election, calling the New York billionaire a "hate-peddling bigot who openly incites violence."



### Simon Winchester Tackles the History of the Pacific Ocean in New Book
*By Lee Polevoi*

How does someone go about writing a history of the Pacific Ocean? If you're Simon Winchester, you come to the challenge with one "oceanic biography" already under your belt. In *Atlantic* (2010), he looked at the ocean from its "birth" more than 500 million years ago on through modern times, an account suffused with broader themes of justice, warfare and pollution. Winchester proved more than equal to the task of addressing such a vast topic.



### Report: Denmark Ranks as Happiest Nation on Earth
*By Philip Pullella*

Denmark overtook Switzerland as the world's happiest place, according to a report on Wednesday that urged nations regardless of wealth to tackle inequality and protect the environment. The report, prepared by the Sustainable Development Solutions Network (SDSN) and the Earth Institute at Columbia University, showed Syria, Afghanistan and eight sub-Saharan countries as the 10 least happy places on earth to live.




**Latest Tweets**

Tweets by @HighbrowMag

Highbrow Magazine @HighbrowMag
The Student Loans Crisis: Default or Pay? shar.es/15ggwO via @sharethis
01 Nov

Highbrow Magazine @HighbrowMag
Californians want e-cigarettes to be regulated: highbrowmagazine.com/3438-californi...
01 Nov

Highbrow Magazine @HighbrowMag
Why you should pay off all your student debt (don't default): highbrowmagazine.com/5434-student-l...

Embed     View on Twitter




Is Hillary Clinton a 'Natural Politician'?


The Factory Factor: Andy Warhol and the Velvet Underground


Apple Case Exposes Government Rift Over Encryption Policy


Why the GOP Dislikes Donald Trump


The Supreme Court and the Fate of Abortion

## Categories

- News & Features
- Film & TV
- Books & Fiction
- Cityscape
- Media
- Music
- Food
- Photography & Art

## Site Search

© Copyright Highbrow Magazine

About Us | Advectise With Us | Masthead | Privacy Policy | Terms of Use | Contact | Help