# EXHIBIT 4



[redacted]

FRE 408 APPLIES

December 30, 2015

VIA CERTIFIED MAIL

Monika Blunder
16868 Adlon Rd.
Encino, CA 91436

Zoë Brenneke
518 North La Cienega Blvd.
Los Angeles, CA 90048

    RE:    **Taghizadeh, Tara v. Monika Blunder & Zoë Brenneke**
             Your Continued Use of the Mark HIGHBROW

Ms. Blunder and Ms. Brenneke:

    As you are aware from our letter dated December 10, 2015, we represent Tara Taghizadeh in regard to the protection of her federally protected intellectual property. In this regard, we are once again writing regarding your use of the mark HIGHBROW.

    As we previously stated, our client has been continuously using the mark HIGHBROW MAGAZINE in connection to "Providing on-line magazines in the field of general interest, namely, arts, entertainment, news and politics" since at least as early as August 18, 2011. Because of the excellent quality of the services provided under our client's mark in conjunction with the substantial resources dedicated to promoting the same our client's marks have become distinctive and synonymous with its mark and now embodies a very substantial amount of valuable business goodwill. More importantly, our client's mark is federally protected by Reg. No. 4,050,814 and retains a priority date of January 18, 2011.

    Per our previous letter dated December 10, 2015, our client is now aware that you are using the mark HIGHBROW in connection with an electronic magazine. Your use of the mark HIGHBROW is confusingly similar to our client's rights as listed above and dilutes the distinctiveness of their mark.

Consequently, your continued unauthorized use of our client's mark as a trademark constitutes knowing and willful federal trademark infringement, unfair competition, and dilution under federal and service mark laws.

Thus, this is our final formal demand that you:

- Cease use of the mark HIGHBROW, or any other similar mark, within 7 days;
- Cease any sales associated with the HIGHBROW mark within 7 days;
- Remove any and all pages posted to the website hosted at www.highbrow.com bearing the infringing mark within 7 days;
- Voluntarily shut down the website hosted at www.highbrow.com within 7 days;
- Remove any and all pages posted to the website hosted at www.monikablunder.com bearing the infringing mark within 7 days;
- Remove any and all pages posted to any domain name under your control bearing the infringing mark within 7 days;
- Remove any and all pages posted to the Facebook account hosted at www.facebook.com/highbrowcom bearing the infringing mark within 7 days;
- Voluntarily shut down the Facebook account hosted at www.facebook.com/highbrowcom within 7 days;
- Remove any and all pages posted to the Facebook account hosted at www.facebook.com/MonikaBlunder bearing the infringing mark within 7 days;
- Remove any and all pages posted to the Twitter account hosted at www.twitter.com/highbow_com bearing the infringing mark within 7 days;
- Voluntarily shut down the Twitter account hosted at www.twitter.com/highbrow_com within 7 days;
- Remove any and all pages posted to the Twitter account hosted at www.twitter.com/monikablunder bearing the infringing mark within 7 days;
- Remove any and all pages posted to the YouTube account hosted at www.youtube.com/channel/UC4WscJZgftYMtRYqVee68Hg bearing the infringing mark within 7 days;
- Voluntarily shut down the Twitter account hosted at www.youtube.com/channel/UC4WscJZgftYMtRYqVee68Hg within 7 days;
- Remove any and all pages posted to the Pinterest account hosted at www.pinterest.com/highbow_com bearing the infringing mark within 7 days;
- Voluntarily shut down the Pinterest account hosted at www.pinterest.com/highbrow_com within 7 days;
- Remove any and all pages posted to the Instagram account hosted at www.instagram.com/highbow_com bearing the infringing mark within 7 days;
- Voluntarily shut down the Instagram account hosted at www.instagram.com/highbrow_com within 7 days;
- Remove any and all pages posted to the Instagram account hosted at www.instagram.com/monikablundermakeup bearing the infringing mark within 7 days;
- Remove any and all pages posted to the Tumblr account hosted at www.highbrow-com.tumblr bearing the infringing mark within 7 days;
- Voluntarily shut down the Tumblr account hosted at www.highbrow-com.tumblr within 7 days;
- Remove any and all pages posted to any other social media account under your control bearing the infringing mark within 7 days;
- Provide an accounting of all profits received as a result of the unauthorized use of our client's mark within 7 days; and
- Provide an accounting of all remaining items bearing the infringing mark within 7 days.

We ask that you confirm, in writing, that your client will comply with our client's demands no later than **January 6, 2016**. Failure to do so or to otherwise contact our office concerning this matter will be regarded as non-compliance with our client's demands and will be responded to accordingly.

Thank you for your time and attention to this matter. I look forward to your reply no later than January 6, 2016.



Lastly, nothing herein shall be construed as an admission against the interests of our client all of whose rights are hereby expressly reserved.

Yours very truly,

/Matthew H. Swyers/

cc: TT

/mhs/

